IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COURTNEY COBBS,

       Petitioner,       ORDER

 v.              08-cv-704-bbc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

       Respondent.

---

  Courtney Cobbs, an inmate at the Green Bay Correctional Institution in Green Bay, Wisconsin, has filed an application for a writ of habeas corpus. Pursuant to Rule 3 of the Rules Governing Section 2254 Cases, the petition must be accompanied by:

  (1) the applicable filing fee; or

  (2) a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. § 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution.

Petitioner has not submitted the $5 filing fee or requested leave to proceed *in forma pauperis*.

  Accordingly, the court will take no action on the petition unless petitioner submits either the filing fee or a motion to proceed *in forma pauperis* accompanied by an affidavit of indigency and a trust account statement from the institution by December 30, 2008. If she fails to do so, her petition will be dismissed for her failure to prosecute it.

  Entered this 10th day of December, 2008.

            BY THE COURT:

            /s/

            STEPHEN L. CROCKER
            Magistrate Judge