# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

COURTNEY COBBS,

           Petitioner,

    v.

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

         Respondent.

## JUDGMENT IN A CIVIL CASE

**Case No.:   08-cv-704-bbc**

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DENIED.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

**/s/ M. Hardin**
_____
**by Deputy Clerk**

**12/24/08**
_____
**Date**