IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

COURTNEY COBBS,

                Petitioner,           ORDER

v.

                                           08-cv-704-bbc

WILLIAM POLLARD, Warden,
Green Bay Correctional Institution,

                Respondent.

---

On December 24, 2008, this court entered an order dismissing petitioner Courtney Cobbs's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 8, 2009, petitioner filed a motion asking this court to reissue its decision and restart the time period within which he may file a motion under Rule 59(e) or a request for a certificate of appealability. Petitioner asserts that the copy of the order that he received on December 30th was incomplete because the last sentence on page two was cut off.

Because a review of the court's order shows that it was correct as entered, there is no need to amend or reissue it. However, I am attaching a new copy of the court's previous order and granting petitioner's request for an extension of time. He may have until 10 days from the receipt of this order in which to file a motion under Rule 59, and until February 23, 2009 to file a notice of appeal and request for a certificate of appealability, Fed. R. App. Proc. 4(a)(5)(C).

Entered this 15th day of January, 2009.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge