# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| COURTNEY COBBS, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | **Case No.:   08-cv-704-bbc** |
| v. | |
| WILLIAM POLLARD, Warden, Green Bay Correctional Institution, | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus is DISMISSED with prejudice.

PETER OPPENEER
_____
**Peter Oppeneer, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

6/5/09
_____
Date